## Weaner Unemployment Compensation Case.

Argued December 16, 1965. *Albert Schlessinger,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Wells *v.* Ohev Sholom Synagogue Center et al., Appellants.

Argued December 13, 1965; reargument refused February 16, 1966. *Raymond J. Porreca,* for appellants; *James P. McHugh,* for appellee.

Order affirmed.

FLOOD, J., absent.